DAWSON, Respondent, vs. MEAD and others, Appellants.

*February 29 — March 27, 1888.*

*Foreclosure of mortgage: Filing notice of* lis pendens.

The filing of the notice of the pendency of an action to foreclose a mortgage is inoperative until the complaint is filed; and judgment cannot be rendered, therefore, until twenty days after the filing of the complaint. R. S. sec. 3187.

APPEAL from the Circuit Court for *Waupaca* County. The facts are sufficiently stated in the opinion.

For the appellants the cause was submitted on the brief of *F. C. Weed.*

[No appearance for the respondent.]

BY THE COURT. This is an action to foreclose a mortgage on real estate. It was commenced by the service of a summons June 23, 1885. Notice of the pendency of the action was filed in the proper office July 15, 1885. The complaint was filed with the clerk of the court in which the action was brought, October 14, 1885, and upon the same day judgment of foreclosure and for the sale of the

mortgaged premises was entered.  The defendants *Mead* and *Butler* appeal from the judgment.

The judgment is premature.  Sec. 3187, R. S., provides that such notice must be filed twenty days before judgment. Although this notice was in fact filed more than twenty days before the rendition of the judgment, yet, under the same statute, the filing was inoperative until the complaint was filed.  It was so ruled in *Flood v. Isaac*, 34 Wis. 423, and again in *Olson v. Paul*, 56 Wis. 30.

Judgment reversed, and cause remanded for further proceedings according to law.